## REQUEST FOR WARRANT UPON FILING OF AN INDICTMENT

TO:  Clerk, United States District Court
     District of North Dakota

1:14-cr-147

The Grand Jury returned an Indictment on   August 13, 2014,   against:

MARK BUNDY

charging the following:

18 U.S.C. §§ 2252(a)(2) and 2252(b)(1) – Receipt of Materials Involving the Sexual Exploitation of Minors
18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2) – Possession of Materials Involving the Sexual Exploitation of Minors
18 U.S.C. § 2253(a) –Forfeiture Allegation

It is requested that you prepare and deliver to the United States Marshal for the District of North Dakota a warrant directed to the above-named defendant.

[X]  The United States will not be in a position to recommend conditions release until it has reviewed the bond study to be performed by Pretrial Services.

[ ]  The United States recommends that:

   [ ]  bail be set at     $ _____

   [ ]  defendant be detained without bail.

COMMENTS:

Dated this  13th  of  August , 2014.

_____
TIMOTHY Q. PURDON
United States Attorney