UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

SOUTHWESTERN DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  1:14-CR-147 |
| Plaintiff, | |
| | REQUEST FOR NOTICE |
| vs. | PURSUANT TO FED. R. EVID. 807(b) |
| MARK BUNDY, | |
| Defendant. | |

_____

The Defendant above-named, Mark Bundy, by and through his undersigned attorney, Assistant Federal Public Defender Jeremy Kemper, requests that the U.S. Attorney provide the undersigned with notice, pursuant to FED. R. EVID. 807(b), of any evidence of material which the United States intends to offer at trial under the residual hearsay exception provisions of Rule 807 of the Federal Rules of Evidence sufficiently in advance of trial so the Defendant is afforded a fair opportunity to contest the use of the evidence.  The Defendant requests that notice of any evidence subject to the requirements of FED. R. EVID. 807 be provided no later than the deadline set by the Court for the disclosure of discovery by the government or, if no order setting a deadline for the government's disclosure of discovery is entered, no later than fifteen (15) days before trial.

Dated this 19 day of August, 2014.

Respectfully submitted,

NEIL FULTON
Federal Public Defender
By:

/s/ *Jeremy Kemper*
Jeremy Kemper,
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
Districts of South Dakota and North Dakota
324 North 3rd Street, Suite 1
Bismarck, ND 58501
Telephone: 701-250-4500 Facsimile: 701-250-4500
filinguser_SDND@fd.org

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 19, 2014, the following document(s):

**Request For Notice Pursuant to Fed. R. Evid. 807(b)**

was filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

Gary Delorme
gary.delorme@usdoj.gov

I further certify that copy of the foregoing documents and the Notice of Electronic Filing will be mailed first class mail, postage paid, to the following non-ECF participants:

*/s/ Jeremy Kemper*
Jeremy Kemper, Assistant Federal Public Defender